■ LEW SCHULMAN et al., Appellants, v. ARTHUR ROSEN, Respondent.— In an assault action to recover damages for personal injuries, the plaintiffs appeal from an order of the Supreme Court, Nassau County, dated January 31, 1961, granting defendant's motion for a change of venue from New York County to Nassau County, pursuant to subdivision 1 of section 187 of the Civil Practice Act and rule 146 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.